UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TERRY DARCEL WHITE**                                      **CIVIL ACTION**

**VERSUS**                                                         **NO.   13-06804**

**SOCIAL SECURITY**                                         **SECTION "H" (4)**
**ADMINISTRATION**

**O R D E R**

      The Court, having considered the complaint, the record, the applicable law, and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

      **IT IS ORDERED** that the Administrative Law Judge's decision denying Terry Darcel White Disability Insurance Benefits is hereby **REVERSED** and **REMANDED** for consideration of all the evidence. The Administrative Law Judge is specifically instructed to give full consideration to the VA disability rating and to indicate the weight given to the rating.

      New Orleans, Louisiana, on this 12th day of January, 2015.

                                        _____
                                        **JANE TRICHE MILAZZO**
                                        **UNITED STATES DISTRICT JUDGE**